# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CV 12-08016-VBF |
| Plaintiff-Respondent, | ) | |
| v. | ) | JUDGMENT |
| FELICIANO SANCHEZ, | ) | |
| Defendant-Petitioner. | ) | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the respondent United States of America and against the petitioner Feliciano Sanchez.

DATED: November 6, 2013

*/s/ Valerie Baker Fairbank*

———————————————————

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE